# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Jefferson D Callaghan )
**Plaintiff** )
)
vs. )Case No. _____
)
Roger E Walker Jr., )
Donald Hulick )
Barbara Mueller )
)
_____ )
**Defendant(s)** )

## COMPLAINT

☒42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other

_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Jefferson Davis Callaghan, and states as follows:

My current address is: Pontiac Correctional Center, 700 West Lincoln Street, P.O. Box 99, Pontiac, Illinois 61764

The defendant Roger E. Walker Jr., is employed as Director, Illinois D.O.C. (Central Dist. of Ill.) Department of Corrections at 1301 Concordia Court, Springfield IL. 62794

The defendant Donald Hulick, is employed as Warden, Menard Correctional Center at P.O. Box 711, Menard, IL.

The defendant _Barbara Mueller_, is employed as _Corrections Counselor_
_Menard Correctional Center_ at _Po Box 711, Menard IL._

The defendant _____, is employed as _____
_____ at _____
(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?                Yes        ☐      No  ☑

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes        ☐      No  ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit ___ ___ the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

_____

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

_____ _N/A_____

4. Basic claim made

_____ _N/A_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it     still pending?)

_____ _N/A_____

6. Approximate date of filing of

lawsuit_____ _N/A_____

7. Approximate date of disposition

_____ _N/A_____

For additional cases, provide the above information in the same format on a separate page.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A. Is there a grievance procedure available at your institution?  Yes  ☑  No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes  ☑

No  ☐  If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?  Yes  ☑  No  ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*
*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*
*ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS*
*RELATING TO YOUR GRIEVANCE.*

*Inmate Orientation Insert*

## Sexual Abuse / Assault / Misconduct Prevention and Intervention

### I. What to Do If It Happens to You

Sexual misconduct and/or assault by staff or offenders are prohibited by state law and IDOC policy. Individuals who are guilty of this behavior can only be disciplined and/or prosecuted if the abuse is REPORTED. It is the policy of the IDOC to provide a safe and secure environment for all offenders. In an effort to provide for this environment any observance of sexual activity or assault should be reported. You can report sexual misconduct and/or assault in the following ways:

1. Tell a Staff Member

   You should immediately report the incident to a staff member. You can tell your counselor, chaplain, psychologist, medical personnel, or any other staff member you trust. All staff members are mandated to report such incidents and to remain confidential as to the nature of such events. Reporting staff will only discuss the incident with appropriate officials on a need to know basis.

2. Fill Out A Request Slip

   If you have knowledge of such activity or feel as though you need to discuss such activity you may "drop" a request slip to speak with "Internal Affairs", Assistant Wardens, or Warden.

3. Sealed Administrative Letter

   You may also send a sealed letter describing the allegations of such activities to the Warden of your facility. If you feel as though the allegations are to sensitive you may also send a sealed letter to the Deputy Director of you facility or to the Director of the Illinois Department of Corrections.

### II. Seeking Medical Assistance

You must seek medical assistance if:
1. You have been sexually assaulted,
2. You may be pregnant,
3. You may have been exposed to the HIV virus or other sexually transmitted diseases.

If you have been sexually assaulted, you must get medical attention immediately. You should request that a "rape kit" be performed. Even though you may want to clean up after the assault, it is important to see medical staff before you shower, wash, drink, eat, change clothing, or use the bathroom. Medical staff will examine you for injuries, which

*Pages 38+39 of the Menard Correctional Center Orientation Manual*

## **GRIEVANCE PROCEDURES**

### **Filing of Grievances:**

A.    A committed person shall first attempt to resolve incidents, problems or complaints other than complaints concerning disciplinary proceedings through his or her counselor. If a committed person is unable to resolve the complaint informally or if the complaint concerns a disciplinary proceeding, the individual may file a written grievance on a grievance form which shall be made available in all living units. A grievance shall be filed within sixty days after the discovery of the incident, occurrence, or problem which gives rise to the grievance. However, if a committed person can demonstrate that a grievance was not timely filed for good cause, the grievance shall be considered. The grievance procedure shall not be utilized for complaints regarding decisions, which are outside the authority of the Department such as parole decisions, clemency, or orders regarding length of sentence or decisions which have been rendered by the Director.

B.    The grievance form shall be addressed to the Grievance Officer and shall be deposited in the living unit mailbox or other designated repository.  The grievance shall contain factual details regarding each aspect of the offender's complaint including what happened, when, where, and the name of each person who is the subject of or who is otherwise involved in the complaint.  This provision does not preclude and offender from filing a grievance when the names of individuals are not known, but involved in the complaint.  This provision does not preclude an offender from filing a grievance when the names of individuals are not known, but the offender must include as much descriptive information about the individual as possible.

C.    Staff assistance shall be available as requested for those committed persons who cannot prepare their grievances unaided as determined by institutional staff.

    1.    All committed persons shall be entitled to file grievances regardless of their disciplinary status or classification.

    2.    Each facility shall take reasonable steps to ensure that the grievance procedure is accessible to committed persons who are impaired, disabled, or unable to communicate in the English language.

38

*( Please take Note of Paragraph "A" regarding Untimely Grievances )*

**Emergency Procedures:**

A committed person may request a grievance be handled on an emergency basis by forwarding the grievance directly to the Chief Administrative Officer.

A.      If the Chief Administrative Officer determines that there is a substantial risk of imminent personal injury or other serious or irreparable harm to the committed person, the grievance shall be handled on an emergency basis.

B.      The Chief Administrative Officer shall expedite processing of the grievance and respond to the committed person, indicating what action shall be or has been taken.

**Appeals:**

A.      If, after receiving the response of the Chief Administrative Officer, the committed person still feels that the problem, complaint or grievance has not been resolved to his satisfaction, he may appeal in writing to the Director within 30 days after the date of the decision. Copies of the Grievance Officer's report and the Chief Administrative Officer's decision should be attached.

B.      The Director shall review the grievance and the responses of the Grievance Officer and Chief Administrative Officer and shall determine whether the grievance requires a hearing before the Administrative Review Board. If it is determined that the grievance is without merit or can be resolved without a hearing, the committed person shall be advised of this disposition, in writing.

C.      An Administrative Review Board shall be appointed by the Director. One member of the Board may be a citizen from the community. A Department member shall be designated as chairman.

D.      The Administrative Review Board shall meet as frequently as necessary and may schedule hearings on grievances. Hearings may be conducted in person or via video or telephonic conference. The Board may call witnesses or examine records at its discretion.

E.      The Administrative Review Board shall submit to the Director a written report of its findings and recommendations.

F.      The Director shall review the findings and recommendations of the Board and make a final determination of the grievance within six months after receipt of the appealed grievance, where reasonably feasible under the circumstances. The committed person shall be sent a copy of the Director's decision.

G.      In those instances where a committed person is appealing a grievance determined by the Chief Administrative Officer to be of an emergency nature, the Administrative Review Board shall expedite processing of the grievance.

**Direct Review by Administrative Review Board:**

A.      Committed persons shall submit grievances directly to the Administrative Review Board when grieving:

    1.      Decisions regarding protective custody placement, including continued placement in or release from protective custody.

    2.      Decisions regarding the involuntary administration of psychotropic medication.

    3.      Decisions regarding disciplinary proceedings which were made at a facility other than the facility where the committed person is currently assigned.

    4.      Other issues except personal property issues which pertain to a facility other than the facility where the committed person is currently assigned.

B.      The Administrative Review Board shall review and process the grievance in accordance with 504.850.

Emergency Request

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

DC7177
IL426-0432                    RESIDENT REQUEST

| ASSIGNMENT: | | | | DATE: 10-13-06 |
|---|---|---|---|---|
| NAME: CALLAGHAN, JEFFERSON D. | NUM: B81841 | HSE: N | GAL: 2 | CELL: |

I REQUEST AN INTERVIEW WITH I.A. and Medical TO DISCUSS THE FOLLOWING

I was Sexually assaulted by a staff member. I am
bleeding from my Rectum and need treatment and to make
a statement

| REASON FOR INTERVIEW MUST BE COMPLETE AND CONSISE | RESIDENT SIGNATURE: Jefferson Callgh |
|---|---|

Copy

may or may not be readily apparent to you. They can also examine you for sexually transmitted diseases and gather any physical evidence of assault. The individuals who engage in sexual activity with offenders can only be disciplined and/or prosecuted if the abuse is REPORTED.

Even though there is no such thing as Consensual Sex, if you have had sexual relations with staff or offenders while incarcerated, you should seek medical attention and be tested for pregnancy, HIV virus and other sexually transmitted diseases.

### III. Counseling

If you have been the victim of sexual abuse/assault or custodial sexual misconduct, you may want to seek counseling or advice from a psychologist. Crisis counseling and other special services are available to you.

### IV. Understanding the Investigative Process

Once the misconduct is reported, the department is required to conduct an investigation. The purpose of this investigation is to determine the nature and extent of the alleged abuse. You may be asked to testify during criminal proceedings. Any offender who alleges that he or she has been sexually assaulted shall be offered immediate protection and will be referred for a medical examination.

### V. Confidentiality

Information concerning the identity of an offender victim reporting a sexual assault or an act of misconduct, and the facts of the report itself, shall be limited to those who have a "need to know" in order to make decisions concerning the offender-victim's welfare and for law enforcement / investigative purposes.

### VI. Summary

**Sexual assault and misconduct are serious and sometimes criminal.** The Illinois Department of Corrections will investigate all allegations of a sexual nature reported by the offender population.

If YOU are found guilty of sexual assault or of false allegations, you will be subject to disciplinary action. This may include a loss of good time, segregation time, and/or additional criminal charges.

You have the right to be safe from sexual assault while you are incarcerated. At no time does anyone have the right to pressure or force you into sexual activity. You do not have to tolerate sexual assault or pressure to engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity. Whether you are straight, gay, lesbian, or bisexual, you have the right to be safe from unwanted sexual advances and acts.

*Emergency!!!*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 10-23-2006 | Committed Person: (Please Print) Jefferson Callaghan | ID#: B-81841 |
|---|---|---|
| Present Facility: Menard | | Facility where grievance issue occurred: Menard |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] Disability
- [✓] Other (specify): Sexual Assault

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I am an inmate housed here at Menard in N-1, 2 Gallery. Five days ago I was sexually assaulted by Corrections Counselor Barbara Mueller while hand cuffed behind my back. The incident took place in the Med-Tech's office in North 1 cellhouse. I was fondled, digitally penetrated and forced to perform oral sex. At no time did I consent to any of these acts and attempted to resist but was threatened with Disciplinary action and Criminal charges. Afterwards I requested to see Internal Affairs

**Relief Requested:** That an Investigation be conducted and Barbara Mueller prosecuted.

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature _____   ID# B-81841   Date 10-23-06

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response ____/____/____ |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____   Date ____/____/____

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff. 10/2011)

ILLINOIS DEPARTMENT OF CORRECTIONS
**ITTED PERSON'S GRIEVANCE**

and medical staff because I was bleeding from my rectum. My Request was denied. I filed an emergency Grievance to warden Hulick. The next day I was called to Internal affairs and threatened by warden Hulick to keep my mouth shut or I would go to Administrative Segregation

now I am sending this Grievance to the Director in hopes that he will Intervene on my behalf Please Help me. This is the 2nd Grievance Ive Filed

I have been Sexually Assaulted, Threatned, Denied medical treatment and I am Considering Suicide Please help."

CC. Personal File

On 10-24-06 This Grievance is being Place in the outgoing mail box, addressed to Director Roger Walker as an emergency Grievance.

Under penalties as provided by 235 ILCS 5/1-109 for Pegury.

Signed

Emergency

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 3-15-07 | Offender: (Please Print) Jefferson D. Callaghan | ID#: B81841 |
|---|---|---|

| Present Facility: Menard | Facility where grievance issue occurred: Menard |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☒ Other (specify): SX ASSAULT

☐ Disciplinary Report: _____ / _____ / _____
Date of Report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On OCTOBER 24, 2006 I mailed an emergency Grievance to your office Regarding a Sexual Assault at the hands of a staff member. It has been nearly 5 months and I still have recieved no response. The Sexual assaults have continued and are becoming more routine. I am afraid to say anything to any here again because of the threats that were made. I am scared and I do not Know what to do I have been assaulted a total of 13 times now and It appears that there is no end in sight

Relief Requested: Please Help me. Make this stop.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _[signature]_     ID# B81841     Date 3/15/07

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____     _____     _____ / _____ / _____
Print Counselor's Name                          Counselor's Signature                          Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____     Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     _____ / _____ / _____
Chief Administrative Officer's Signature          Date

This is the second grievance that I have
Sent to your office. Please Respond

I hereby Certify that the statements in
this grievance are true and accurate, under
Penalties as Provided by 735 ILCS 5/1-109 for
Perjury and further Certify that this grievance
was placed in the institutional Mail at the
Menard Correctional Center, properly adressed
to Director Roger Walker

Signed on this 15ᵗʰ day of March —
2007

Signed _____

EMERGENCY !!!

CC file

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-27-07 | Offender: (Please Print) Jefferson D. Callaghan | ID#: B-81841 |
|---|---|---|

| Present Facility: Stateville CC | Facility where grievance issue occurred: Menard CC. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☒ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): Sexual Assault

☐ Disciplinary Report: ___/___/___
_____Date of Report_____          _____Facility where issued_____

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I wish to Speak to Internal affairs Regarding
the Sexual assaults that took place at the Menard Correctional Center
at the hands of a staff member. The last assault took place
2 weeks ago and was the 15th time I was assaulted
I'm Severely Depressed and have Contemplated Suicide on
Several occassions. I have filed Several Grievances Prior
to this one and recieved no answers. I am filing this
as an emergency Grievance I also wish to be tested for
Sexually transmitted Diseases. Can you Please help me.
this is the 4th Grievance I filed.

Relief Requested: _____ Process as Emergency Grievance _____

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Jefferson Callaghan_____     _____     ___/___/___
Offender's Signature                          ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature          Date

I hereby Certify under penalty of Perjury that on 4-27-07 This grievance was sent to Director Roger Walker and that the statements are true and accurate. Under Penalties Provided by 735 ILCS 5/1-109.

Signed: J. Colt

*Brad*
*J. Thomas*
*618-826-*
*1139-*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 8-16-07 | Committed Person: (Please Print) JEFFerson Callaghan | ID#: B-81841 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Menard |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☑ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ Other (specify): _____
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Disciplinary Report: ____/____/____
  Date of Report                                      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** In October of 2006, while bathing in my cell sink, Counselor Barbara Mueller approached my cell and turned the light on using the switch located outside the cell. I quickly grabbed my towel to cover myself. I asked her how long she had been standing there and she stated "long enough to enjoy the show." She then stated "you know that I could write you up for Sexual misconduct, Right" I explained that I was unaware of her presence at my door and that

**Relief Requested:** Process as Emergency Grievance and take every and all action required by Law

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_(signature)_                    B-81841        8/16/07
Committed Person's Signature        ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

**RECEIVED**
**AUG 21 2007**
**OFFICE OF INMATE ISSUES**

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____          ____/____/____
Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)     DOC 0046, Page 2

I was sorry if I offended her. She stated that
she wasn't and told me to remove the towel. I
refused and she said either drop the towel or go
to Seg. I removed the towel and she Instructed
me to Masturbate until I was aroused. when
I failed to get an erection, she said that I was
a waste and that, If I did not get an erection
by the time she finished her rounds on the gallery,
should write a disciplinary report. Counselor mueller
did not come back to my cell. Instead, the gallery
officer came to my door and told me to cuff-up.
I was taken to the small office used by medical
staff where the Counselor was waiting. She told
the officer to leave the cuffs on me. when the
officer left, she closed the door and told me
to stand with my back against it while she sat
in the chair in front of me. She then unbuttoned
my pants and lowered them and my boxers to my
knees and began fondling my genitals, then placed
her mouth over my penis. I was still unable to
get an erection. She called me an "impotent faggot"
and placed a latex glove over her hand and forced
her finger into my anus while fondling my penis. She
then pulled my boxers and pants up and fastened them.
She then lowered her jeans and sat in the chair
infront of me. She pulled the crotchband of her
underwear aside and told me to lick her. I
refused and again she threatened to write me up
and said that I could also get additional criminal
charges. I did as she asked until she told me to
stop. She pulled her pants up and told me that
if I kept my mouth shut she would do a
reclassification and get my Level-E status removed.
I was taken back to my cell.
    As soon as she left the building, I told
the gallery officer that I needed to see A
Internal Affairs and medical personnel because
I noticed drops of blood in my underwear and
needed to report a sexual assault. My request
went unanswered. That evening I sent an
emergency grievance to warden Hulick. The next
day I was called to Internal affairs, where I
was told by warden Hulick and officer Duvall



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL  60434 / Telephone: (815) 727 -3607 / TDD: (800) 526-0844

# MEMORANDUM

DATE:    8-20-07

TO:    Callaghan  B81841

FROM:    T. Garcia, Corr. Couns. II
Grievance Office

SUBJECT:    **ATTACHED GRIEVANCE -**

The attached grievance is being returned for the following reason:

_____ It needs to be rewritten and submitted to your counselor on the attached Committed Person's Grievance Report.

_____ It was not filed within 60 days of discovery of the incident, occurrence, or problem which gives rise to the grievance as required in DR 504F, Grievance Procedures for Committed Persons.

_____ Issue needs to be discussed with your counselor for possible resolution.

_____ No issue outlined in grievance.

_____ It appears that no attempt has been made to resolve the issue as required by DR 504F.

_____ Issue is currently being reviewed by \_\_\_\_\_

_____ Issue previously addressed.  No justification for further action.

\_X\_ Other:    \_\_\_\_ Forward to Administrative Review Board

See back →

cc:    file

I have read your grievance. This grievance office really cannot help you because of the time frame & because it happened at Menard.

Even though we cannot answer your grievance, I did contact ARB for you and forwarded a copy of this grievance to the person who will be reviewing the grievance.

Any further questions pertaining to Menard should be directed to:    ARB
                              P.O. Box 19277
                              Springfield, IL 62794-9277


You can keep this letter & grievance together for your own records.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Callaghan_ _Jefferson_ ___ _B8184_
Last Name      First Name      MI    ID#

Facility: _Sta_

☑ Grievance (Local Grievance # (if applicable): _____)  or  ☐ Correspondence

Received: _8/21/07_. Regarding: _allegations of staff_
Date

The attached grievance or correspondence is being returned for the following reasons: _Counsellors can dept_
_mis matter_

---

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
Date

☐ No justification provided for additional consideration.

---

Other (specify): _FYI - I contacted MEN M/w Ramos & LT Brad_
_Thomas - regardy your allegations on 8/21/07._

Completed by: _____  _signature_  _8 22 07_
Print Name                    Signature              Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

# STATEMENT OF CLAIM

Place of the occurrence ___Menard Correctional Center___

Date of the occurrence ___October 18, 2006 - April 11, 2007___

Witnesses to the occurrence ___UNKNOWN___

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
     *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

(1) That the plaintiff's 8th amendment rights were violated when Corrections Counselor Barbara Mueller Sexually assaulted the plaintiff 15 times over the course of 6 months. Each assault involved an act of digital Penetration on the Plaintiff and Plaintiff was forced to perform oral sex on Defendant Mueller. Defendant used her position of authority to commit these acts and the effects Plaintiff was threatened with Violence and disciplinary action if he reported the assaults. The Plaintiff was mechanically Restrained during all of the assaults.

(2) That Defendant Hulick violated the Plaintiff's 8th amendments rights to and right to due Process when he refused to respond to the Plaintiff's Grievances and threatened the Plaintiff when he complained about the assaults. Defendant Had knowledge of the initial assault and knew that the assaults were continuing and threatened the Plaintiff with Disciplinary action if he filed any more Complaints

(3) That Defendant Walker violated the Plaintiff 8th amendment Rights

and his right to due process when he refused to respond to the Plaintiffs numerous Complaints and grievances. That the Director knew that the Sexual Abuse was ongoing through the grievances filed by the Plaintiff and still refused to intervene on the Plaintiffs behalf.

In addition to the numerous Grievances Complaints were also filed by the Plaintiff to the Illinois Attorneys Generals office and the office of the governor.

At no time did the Plaintiff ever consent to the Sexual acts. No one ever Interview the Plaintiff until august of 2007 and has had to undergo psychological Counseling

(4)   At no time was the plaintiff provided medical treatment. even when the Plaintiff was bleeding from his rectum after the first sexual assault in october of 2006.

(5) That all Defendants acted under Color of Law and were Deliberately Indifferous to the Plaintiffs needs

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

_____Judgments against Defendant Walker in the amount
of $250,000.00 for Pain and Suffering and Mental Anguish
_____Judgment against Defendant Hulick in the amount
of $250,000.00 for Pain and Suffering and Mental Anguish
_____Judgment against Defendant Mueller in the amount
of $500,000 for Pain and Suffering and mental Anguish
Plus any Punitive Damages available by law

**JURY DEMAND**          Yes ☑   **No** ☐

**Signed this** ___17___ **day of** ___June___ ,
___2008___.

_____
*( Signature of Plaintiff)*

| Name of Plaintiff: Jefferson Callaghan | Inmate Identification Number: B-81841 |
|---|---|
| Address: P.O. Box 99  Pontiac Il. 61764 | Telephone Number: |