UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jefferson Callaghan )
_____ )
          Plaintiff, )
     vs. )                    No. _____
Roger E Walker JR. et al, )   (Supplied by Clerk)
_____ )
          Defendant(s) )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, Jefferson Callaghan, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one)  Single _____  Married _____  Separated _____  Divorced ✓

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?
_____
_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
          Never
_____

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No (✓) If yes, describe each source and state how much you received.
_____
_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? ____Negative Balance____

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_____

G. How much money do you have in private checking or savings accounts?

   None

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( )  No (✓)

If yes, describe the property and its approximate value:

   None

I. Do you have any debts or obligations? Yes (✓)  No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

   $18,000 Back Child Support to with Department of health and human Services

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

   Candace A. Cyr
   at this moment no support is being made

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

   Unknown

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

SIGNATURE: *[signed]*

DATE: 6-17-08

2

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

____Central____ District of ____Illinois____

Jefferson D. Callaghan
Plaintiff

V.

Kaye Walker, Barbara Muller and
Donald Hulick, Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Jefferson Callaghan__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Pontiac Correctional Center__
   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Sept of 1999 approx $300.00 per week

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. 1 Candace A. Cyr, Daughter. No support is contributed due to incarceration.

I declare under penalty of perjury that the above information is true and correct.

_6-17-08_    _____
Date         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ -4.55 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE _____

IMPORTANT:
 THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 6/18/2008
1:08-cv-01144-HAB-JAG  # 2  Page 6 of 7
Time: 9:36am
d_list_inmate_trans_statement_composite

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/18/2007 thru End;  Inmate: B81841;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B81841 Callaghan, Jefferson D.**  **Housing Unit: PON-E -09-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 06/03/08 | Mail Room | 04 Intake and Transfers In | 155225 | 140674 | Stateville C.C. | .10 | .10 |

| | |
|---|---|
| Total Inmate Funds: | .10 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.43 |
| Funds Available: | -4.33 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/12/2008 | 540576 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.00 |
| 06/13/2008 | 540664 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.00 |
| 06/16/2008 | 540776 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.42 |
| 06/16/2008 | 540785 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.17 |
| 06/18/2008 | 541077 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.42 |
| 06/18/2008 | 541078 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.42 |
| | | | | Total Restrictions: | $4.43 |

Date: 6/18/2008
Time: 10:36am
d_list_inmate_trans_statement_composite

1:08-cv-01144-HAB-JAG    # 2    Page 7 of 7

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/01/2007 thru End;    Inmate: B81841;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B81841 Callaghan, Jefferson D.**    **Housing Unit: STA-F -01-24**    **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 53.07 |
| 12/03/07 | Point of Sale | 60 Commissary | 3377137 | 515632 | Commissary | -10.49 | 42.58 |
| 12/11/07 | Point of Sale | 60 Commissary | 3457142 | 516919 | Commissary | -19.12 | 23.46 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 10.00 | 33.46 |
| 12/17/07 | Point of Sale | 60 Commissary | 3517142 | 518082 | Commissary | -6.89 | 26.57 |
| 01/09/08 | Point of Sale | 60 Commissary | 0097142 | 520441 | Commissary | -19.13 | 7.44 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 10.00 | 17.44 |
| 01/15/08 | Point of Sale | 60 Commissary | 0157142 | 521255 | Commissary | -6.52 | 10.92 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217142 | 522402 | Commissary | -6.78 | 4.14 |
| 01/30/08 | Point of Sale | 60 Commissary | 030720 | 523728 | Commissary | -3.35 | .79 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 10.79 |
| 02/12/08 | Point of Sale | 60 Commissary | 0437137 | 525229 | Commissary | -4.05 | 6.74 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526423 | Commissary | -4.90 | 1.84 |
| 03/03/08 | Point of Sale | 60 Commissary | 0637137 | 527634 | Commissary | -1.63 | .21 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 10.07 |
| 03/18/08 | Point of Sale | 60 Commissary | 0787142 | 530023 | Commissary | -8.21 | 1.86 |
| 03/26/08 | Disbursements | 84 Library | 086390 | Chk #139525 | 325080, DOC: 523 Fund Library, Inv. Date: 03/25/2008 | -.20 | 1.66 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 10.00 | 11.66 |
| 04/11/08 | Disbursements | 84 Library | 102390 | Chk #139853 | C0410101, DOC: 523 Fund Librar, Inv. Date: 04/10/2008 | -.25 | 11.41 |
| 04/17/08 | Point of Sale | 60 Commissary | 1087142 | 533250 | Commissary | -6.42 | 4.99 |
| 04/18/08 | Point of Sale | 60 Commissary | 1097135 | 533502 | Commissary | 6.42 | 11.41 |
| 04/25/08 | Point of Sale | 60 Commissary | 116720 | 534728 | Commissary | -6.08 | 5.33 |
| 05/09/08 | Point of Sale | 60 Commissary | 130720 | 536226 | Commissary | -4.23 | 1.10 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | .00 | 1.10 |
| 05/16/08 | Point of Sale | 60 Commissary | 137720 | 537872 | Commissary | -1.00 | .10 |
| 05/29/08 | Disbursements | 99 Transfer Inmate | 150337 | Chk #140674 | Pontiac CC,   Inv. Date: 05/29/2008 | -.10 | .00 |

| | |
|---|---|
| **Total Inmate Funds:** | .00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |