UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Jefferson D. Callaghan,           )
    Plaintiff,                    )
    vs.                           )   No. _____
Roger E. Walker et al.,           )
    Defendant(s)                  )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Jefferson D. Callaghan, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Request Pro Bono assistance from Attorney Kathleen T. Zellner, 2215 York road, Oak Brook IL.; Attorney Paula Newcomb, 503 Public Square, Benton IL.; Law offices of Armstrong & Teasdale, 1 Metropolitan Square, Saint Louis IL.

3. In further support of my motion, I declare that (check appropriate answer):

   ✓   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   ___   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__✓__   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

P.O. Box 99
Street Address

Pontiac, IL 61764
City/State/Zip Code

Date: 6-17-08

10/94