E-FILED
Monday, 23 June, 2008 12:40:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Jefferson D. Callaghan** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1144** |
| **Roger E. Walker, et al** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Pontiac Correctional Center at Pontiac, IL.

**WE COMMAND** that you produce the body of Jefferson D. Callaghan, Register No. **B81841**, who is in your custody at Pontiac Correctional Center before the United States District Court on **Tuesday, July 22, 2008 at 10:00 AM OR AS SOON THEREAFTER AS THE COURT REACHES THE CASE** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: June 23, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY: _s/ T. Kelch_____
     Deputy Clerk