United States District Court
Central District of Illinois

Jefferson D. Callaghan
   Plaintiff

v.

Roger Walker, JR.,
   Defendants.

1:08-CV-01144-HAB-JAG

## 2ND Motion for appointment of Counsel

Now Comes, The Plaintiff, Jefferson Callaghan and begs this honorable Court to grant his Second motion to appoint Counsel and in support thereof States:

1. That the Plaintiff is Currently housed at the Pontiac Correctional Center in Pontiac Illinois and is without means to obtain Counsel on his own.

2. That because a number of potential witnesses, both Staff and inmates are scattered throughout the State in different institutions, The Plaintiff has no way to identify and track various individuals for the purpose of obtaining affidavits and investigating relevant issues.

3. That it would be impossible for the plaintiff to conduct discovery without the assistance of Counsel and would result in a Violation of due Process.

1.

4. That the Plaintiff is currently being treated for Severe Depression related to the Sexual Assaults committed by the Defendants and that the Plaintiffs Condition is severe enough to require his hospitalization and placement on Suicide watch in the Prisons Health Care Unit.

5. That the Plaintiff's psychological condition reflects on his Competence and his ability to properly investigate and present his case. Requiring the Plaintiff to Re-Live the Sexual Assaults over and over again would not be Condusive to his treatment.

6. That due to the sensitive nature of the case, requesting assistance from other inmates may invite additional sexual assaults.

7. That the case involves Confidential Medical and Mental Health Records, which if placed in the hands of the Plaintiff's possession would be Subject to Prison Cell searches by officers and the prying eyes of other inmates, which would defeat the purpose of Confidentiality and could place the Plaintiff at risk of further Sexual Abuse by inmates.

Therefore, due to the Plaintiffs inability to conduct discovery and the plaintiffs incompetence due to his Psychological Condition and the Sensitive nature of a Sexual Assault case, appointment of Counsel is warranted.

That should it be deemed necessary the Court may, on its own motion, obtain the Plaintiffs Mental health Records to substantiate the claims stated above.

Dated 7-24-08

Respectfully Submitted

Jefferson D. Callaghan # B-81941
Plaintiff.

2.